No. 77–1794. NEW JERSEY v. O'HERRON ET UX. Super. Ct. N. J. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied. 